JOHN W. MARTIN, as Governor of Florida, for the use of HERMAN OSCAR AUTH, *Appellant*, vs. F. MEYERHEIM, and FREDRICK R. PRATT, as Receiver of the Bank of South Jacksonville, *Appellees*.

Opinion filed April 4, 1931.
Petition for rehearing denied May 4, 1931.

*D. C. Campbell,* for Appellant;

*Walter F. Rogers,* for Appellee, Fredrick R. Pratt as Receiver, etc.

90

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered, and decreed by the Court that the decree of the court below should be, and the same is hereby, affirmed.

WHITFIELD, TERRELL, BROWN AND DAVIS, J.J., concur.

BUFORD, C.J. (concurring specially) :

I think the Bill should have been dismissed because the complainant had a clear, adequate and complete remedy at law against the Justice of the Peace and his bond and the disposition of this case should not affect the rights of the complainant to proceed in a court of law.

ELLIS, TERRELL AND DAVIS, J.J., concur.